AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
DEC 2 8 2014
Clerk of Court

| United States of America v. BRIONES, Omar YOB: 1990 POB: USA | ) ) ) ) ) ) ) | Case No. M-14-2415-M |
|---|---|---|

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 12/26/2014 in the county of STARR in the SOUTHERN District of TEXAS, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a) (1) | Knowingly and intentionally possess with intent to distribute approximately 131.5 kilograms of marijuana, a schedule I |

This criminal complaint is based on these facts:

(Continued on Attachment I)

☑ Continued on the attached sheet.

Complainant's signature
Dane Sorensen, DEA Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 12-28-2014

City and state: McAllen, Texas

Judge's signature
Dorina Ramos, Magistrate Judge
Printed name and title

Attachment I

On December 26, 2014, at approximately 7:25 pm, USBP Agents from the Rio Grande City, TX USBP Station received a call from a concerned citizen regarding a suspicious vehicle described as a gray sedan near the El Refugio area of the Rio Grande River near Rio Grande City, TX. The concerned citizen reported that it appeared that large bundles of narcotics were being loaded into the vehicle. USBP Agents quickly responded to the area and observed a vehicle matching the given description departing the area. Agents conducted a traffic stop on the gray sedan which quickly yielded to the Agents. Upon making contact with the driver, Agents smelled a strong odor of marijuana emanating from the vehicle. Agents identified themselves as USBP Agents and questioned the driver as to his immigration status. The driver identified himself as Omar BRIONES and stated that he was a US citizen. BRIONES openly stated to Agents that he had marijuana in the vehicle. USBP Agents were able to observe bundles of narcotics in the back seat of the vehicle in plain view. BRIONES was placed under arrest and a search of the vehicle revealed a total of 34 bundles of marijuana weighing approximately 131.5 kilograms.

On the same date, DEA Special Agents responded to the Rio Grande City, TX USBP Station to interview BRIONES. During the interview, BRIONES stated that a friend had offered him work picking up bundles of marijuana from the Rio Grande River area in exchange for $600.00 US Currency. BRIONES stated that he agreed to the offer and had driven the vehicle as instructed to the location near the Rio Grande River where he picked up the bundles of marijuana from the brush. BRIONES stated that he had been instructed to drive the marijuana to a store a short distance from the river, but had been stopped by USBP Agents before reaching the intended destination. BRIONES stated that this was the first time he had attempted to smuggle marijuana.